**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK, EASTERN DISTRICT**

Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165

| | |
|---|---|
| DIA DIASOORA ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION<br><br>vs *Plaintiff*<br>COLUMBUS ALE HOUSE INC & TOV LUTZER<br><br>*Defendant* | Index Number: 1:22-CV-04677 (PKC-MM<br>Client's File No.: diaspora vs. columbus<br>Court Date:<br>Date Filed: 12/05/2022 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
**NIMER ABDERRAHMAN**, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **1/17/2023**, at **3:05 PM** at: **151 MESEROLE STREET, BROOKLYN, NY 11206** Deponent served the within **Summons in a Civil Action - COMPLAINT - CIVIL COVER SHEET**

On: **COLUMBUS ALE HOUSE INC**, Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to **Alice C.** personally. Deponent knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be General Agent thereof.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: White | Color of hair: Brown | Glasses: |
|---|---|---|---|
| Age: 35 | Height: 5ft 4in - 5ft 8in | Weight: 100-130 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 01/18/2023

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

NIMER ABDERRAHMAN
DCA License # 2105973



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*