

5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
jon@corbettrights.com

February 7th, 2023

To: The Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
*via ECF*

Re: **Proposed[1] Motion to Extend Time to File Response to Complaint,** *Diaspora v. Columbus Ale House*, **1:22-CV-4677(PKC)(MMH)**

Dear Judge Henry:

My firm has been retained to represent the defendants in this action. The docket indicates that service was effected upon my clients on January 17th, 2023, yielding a response due date of today. We respectfully request an additional 7 days to file our response due to service irregularities causing delay. The new requested deadline is February 14th, 2023, and this is the first such extension requested.

Respectfully,

*/s/Jonathan Corbett*
Jonathan Corbett, Esq.
CA Bar #325608 (*pro hac vice* pending)
CORBETT RIGHTS, P.C.
5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
E-mail: jon@corbettrights.com
Phone: (310) 684-3870
FAX:    (310) 675-7080

---

[1] Pending approval of the Motion to Admit Pro Hac Vice. ECF No. 15.